445 A.2d 228

Patarlis et al., Appellants v. Danko et al.

Petition for Allowance of Appeal Denied Sept. 14, 1982.

Argued May 21, 1981.   Theodore Goldberg, for appellants;  John A. Robb, Jr., for appellees.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.